OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR    202 | 783 | 4884    FAX 202 | 393 | 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

December 29, 2005

Mr. Cory Miglionico                              Code: C-4330
Cory's Painting Service                          LU #: 41/218
Cory's Painting Service, Inc.
224 Main Street
Duryea, PA 18642

Dear Mr. Miglionico:

Your company, Cory's Painting Service (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") in principal of $3,551.18 for the audit deficiency, $254.34 in interest assessed through October 28, 2005 along with $750.28 for audit costs, for the period of January 15, 2006 through April 2005, for a total of $4,555.80.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1. The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than May 15, 2006.

2. The principal and interest shall be paid at the rate of $924.87 **(to be overnighted)** per month, for 5 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3. The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4. The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.

EXHIBIT

Cory's Painting Service
December 28, 2005
Page Two

### Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company **must sign the agreement in the presence of a notary and return the original agreement by,**</u> January 6, 2006, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a <u>signed</u> personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $924.87 must reach the Fund Office no later than, January 13, 2006 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*
Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: *Cory M[...]*   Authorized Representative

Printed Name of Authorized Representative: Cory Migliarico

Title: PRESIDENT

S.S.#: 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

Company Name: Cory's Ptg Srv Inc.

Sworn and subscribed to before me on this 30th JAN day of, 200 6.

*Monica M Coyne*
NOTARY PUBLIC

My commission expires

    NOTARIAL SEAL
    MONICA M. COYNE, NOTARY PUBLIC
    DUPONT BOROUGH, COUNTY OF LUZERNE
    MY COMMISSION EXPIRES APRIL 27, 2006