Cory's Painting Service
December 28, 2005
Page Three

## PERSONAL GUARANTEE
### Promissory Note

I, _Cory Miglionico_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

1. If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_Cory Miglionico_
_224 Main St_
_Duryea, PA 18642_

2. The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

3. If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _Cory Miglionico_

Printed Name of Personal Guarantor: _Cory Miglionico_

Home Address of Personal Guarantor: _7 Griffith St_
_Pittston PA 18640_

Home Telephone Number of Personal Guarantor: _570-654-0884_

Cell Phone # and Fax # of Personal Guarantor: _570-237-0666_

Relationship of Personal Guarantor to the Company: _____

Social Security Number of Personal Guarantor: _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_

Sworn and subscribed to before me on this _____ day of _____, 200___.

_____
NOTARY PUBLIC

My commission expires _____.

EXHIBIT

Cory's Painting Service
December 29, 2005
Page Four

# EXHIBIT A
## PROMISSORY NOTE

NOTE:    *All installment payments under this Promissory Note Agreement must be* **_overnighted_** *directly to:*

IUPAT INDUSTRY PENSION FUND
ATTN: VICKI MCGLONE
1750 NEW YORK AVENUE, N.W., SUITE 501
WASHINGTON, DC 20006-5301

NOTE:    *All reports and contributions under this Promissory Note Agreement must be* **_overnighted_** *directly to:*

FRANK M. VACCARO & ASSOC. INC.
27 ROLAND AVENUE
MOUNT LAUREL, NJ 08054-1057

| Payment # | Amount Due | Current Reports, with Contributions Due | Date Due |
|---|---|---|---|
| 1. | $924.87 ✓ | December 2005 pd - 1/23/06 | January 15, 2006 |
| 2. | $924.87 | January 2006 | February 15, 2006 |
| 3. | $924.87 | February 2006 | March 15, 2006 |
| 4. | $924.87 | March 2006 | April 15, 2006 |
| 5. | $924.87 | April 2006 | May 15, 2006 |

In addition, per your December 28, 2005, telephone conversation with Thomas Montemore, Assistant to the Fund Administrator, it is my understanding that you will be submitting by Next Day Service all reports and contributions through November 2005 by January 3, 2006.

If the above delinquent reports and contributions are not received by January 3, 2006, this Promissory Note will be null and void and all reports and contributions will be due immediately and your account will be referred to our attorney for collection.