# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

CORY'S PAINTING SERVICE
  d/b/a Cory's Painting Service, Inc.
CORY'S PAINTING SERVICE, INC.
  d/b/a Cory's Painting Service and
CORY MIGLIONICO, individually and
  d/b/a Cory's Painting Service, Inc. and
  d/b/a Cory's Painting Service

CASE NUMBER:   06-1353 (RWR)

TO: (Name and address of Defendant)

CORY'S PAINTING SERVICE, INC. d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SHELLEY R. GOLDNER, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                               AUG 0 8 2006
CLERK                                                 DATE

*(signature)*
(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No. 06-1353 ( RWR)

vs

CORY'S PAINTING SERVICE, et al.

**SERVICE OF PROCESS ON**: Cory's Painting Service, Inc., d/b/a Cory's Painting Service

I, Francis R. Hedglin, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:   August 17, 2006   2:20 PM
Place of Service:  **224 Main Street, Duryea, PA 18642**
Documents Served:  **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_xx_ By personally delivering them into the hands of the person being served  Cory Miglionico, Owner
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
___ Other_____

Description of Person Receiving Documents: Male/Female   Skin Color White
                                            Hair Color brown   Age 45  Hgt 5'9"  Wgt 190

Undersigned declares under penalty of perjury that the foregoing is true and correct

_Francis R. Hedglin_                  8/18/06
Signature of Server                   Date

Shelley R. Goldner, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700

NOTARIAL SEAL
PATRICIA L M MONGIELLO
Notary Public
DUNMORE BOROUGH, LACKAWANNA COUNTY
My Commission Expires Apr 1, 2010

_Patricia L M Mongiello_