IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br><br>v.<br><br>CORY'S PAINTING SERVICE, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 06-1353 (RWR)<br>)<br>)<br>)  |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Shelley R. Goldner, Esquire as counsel for Plaintiff in the above-captioned matter as she is no longer associated with the firm of Jennings Sigmond, P.C.

Respectfully submitted,
JENNINGS SIGMOND, P.C.

BY:   s/ Kent G. Cprek, Esquire
      Kent G. Cprek (ID# 478231)
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street
      Philadelphia, PA  19106-3683
      (215) 351-0615

## ENTRY OF APPEARANCE

Kindly enter the appearance of Kent G. Cprek, Esquire, as counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,
JENNINGS SIGMOND, P.C.

By: s/ Kent G. Cprek, Esquire
    Kent G. Cprek (ID #478231)
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street
    Philadelphia, PA  19106-3683
    (215)351-0615

172185-1

## CERTIFICATE OF SERVICE

     I, Kent G. Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance of Shelley R. Goldner, Esquire, and the Entry of Appearance of Kent G. Cprek, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

| | |
|---|---|
| Cory's Painting Service<br>d/b/a Cory's Painting Service, Inc.<br>Cory's Painting Service, Inc.<br>d/b/a Cory's Painting Service and<br>Cory Miglionico, individually and<br>d/b/a Cory's Painting Service, Inc. and<br>d/b/a Cory's Painting Service<br>224 Main Street<br>Duryea, PA 18642 | Cory's Painting Service<br>d/b/a Cory's Painting Service, Inc.<br>Cory's Painting Service, Inc.<br>d/b/a Cory's Painting Service and<br>Cory Miglionico, individually and<br>d/b/a Cory's Painting Service, Inc. and<br>d/b/a Cory's Painting Service<br>7 Griffith St.<br>Pittston, PA  18640 |

                                      s/ Kent G. Cprek
                                      KENT G. CPREK, ESQUIRE

Date:  September 13, 2006

172185-1