IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff <br> v. <br><br> CORY'S PAINTING SERVICE <br>   d/b/a Cory's Painting Service, Inc., et al. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 06-01353 (RWR) <br> ) <br> ) <br> ) <br> ) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Cory's Painting Service d/b/a Cory's Painting Service, Inc., Cory's Painting Service, Inc. d/b/a Cory's Painting Service and Cory Miglionico, individually and d/b/a Cory's Painting Service, Inc. and d/b/a Cory's Painting Service for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                                                      Respectfully submitted,

                                                      JENNINGS SIGMOND, P.C.

                                                      BY:/s/    Kent G. Cprek
                                                      KENT G. CPREK, ESQUIRE
                                                      (I.D. NO. 478231)
                                                      SANFORD G. ROSENTHAL, ESQUIRE
                                                      (I.D. NO. 478737)
                                                      The Penn Mutual Towers, 16th Floor
                                                      510 Walnut Street, Independence Square
                                                      Philadelphia, PA 19106-3683
                                                      (215) 351-0615/0611

Date: September 13, 2006             Attorney for Plaintiff

172181-1

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

172181-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> CORY'S PAINTING SERVICE ) <br>    d/b/a Cory's Painting Service, Inc. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 06-01353 (RWR) |

**DECLARATION OF KENT G. CPREK, ESQUIRE FOR ENTRY OF DEFAULT**

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on the Defendants, Cory's Painting Service d/b/a Cory's Painting Service, Inc., Cory's Painting Service, Inc. d/b/a Cory's Painting Service ("Company") and Cory Miglionico, individually and d/b/a Cory's Painting Service, Inc. and d/b/a Cory's Painting Service ("Miglionico" and, together with Company, "Defendants"), by Francis R. Hedglin, Special Process Server, who served Cory Miglionico, Individually and as the Owner of Company, at 224 Main Street, Duryea, PA 18642 on August 17, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

172181-1

    5.    Defendant, Cory Miglionico, is neither an infant nor an incompetent person.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: September 13, 2006

171175-1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>           Plaintiff<br>v.<br><br>CORY'S PAINTING SERVICE<br>   d/b/a Cory's Painting Service, Inc.<br><br>           Defendants | CIVIL ACTION NO.<br>06-01353 (RWR) |

### DECLARATION OF NON-MILITARY SERVICE

I, KENT G. CPREK, ESQUIRE, having been duly sworn according to law hereby deposes and states that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Cory Miglionico, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/     Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: September 13, 2006

172181-1