## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing

Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same

first class mail, postage prepaid, on the date listed below to:

Cory's Painting Service
d/b/a Cory's Painting Service, Inc.
224 Main Street
Duryea, PA 18642

and

Cory's Painting Service, Inc.
d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

and

Cory Miglionico, individually and
d/b/a Cory's Painting Service, Inc.
and d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: September 13, 2006

172181-1