IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br><br> Plaintiff <br> v. <br><br> CORY'S PAINTING SERVICE <br> d/b/a Cory's Painting Service, Inc., *et al.* <br><br> Defendants | CIVIL ACTION NO. <br> 06-01353 (RWR) |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendants, Cory's Painting Service d/b/a Cory's Painting Service, Inc., Cory's Painting Service, Inc. d/b/a Cory's Painting Service ("Company") and Cory Miglionico, individually and d/b/a Cory's Painting Service, Inc. and d/b/a Cory's Painting Service ("Individual Defendant" and together with Company, "Defendants"), in the amount of $37,269.13, and for injunctive relief. On September 13, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against all Defendants pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on or about September 14, 2006.

Accompanying this motion are supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Ex. 1), the Declaration of Kent G. Cprek (attached as Ex. 2), the Jennings Sigmond attorneys' fees billing statement (attached as Ex. 3),

172186-1

and a proposed default judgment.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

                         BY:/s/    Kent G. Cprek
                              KENT G. CPREK, ESQUIRE
                              (I.D. NO. 478231)
                              SANFORD G. ROSENTHAL, ESQUIRE
                              (I.D. NO. 478737
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street, Independence Square
                              Philadelphia, PA 19106-3683
                              (215) 351-0615

Date: September 21, 2006             Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660