## **CERTIFICATE OF SERVICE**

I hereby certify this 21st day of September, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Kent G. Cprek and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Cory's Painting Service
d/b/a Cory's Painting Service, Inc.
224 Main Street
Duryea, PA 18642

and

Cory's Painting Service, Inc.
d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

and

Cory Miglionico, individually and
d/b/a Cory's Painting Service, Inc.
and d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642


s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: September 21, 2006

172186-1