IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>CORY'S PAINTING SERVICE<br>　d/b/a Cory's Painting Service, Inc., *et al.*<br><br>　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  06-01353 (RWR)<br>)<br>)<br>)<br>) |

| | | | |
|---|---|---|---|
| Jerome A. Flanagan, Esquire | JAF | Sanford G. Rosenthal, Esquire | SGR |
| Shanna M. Cramer, Esquire | SMC | Shelley R. Goldner | SRG |
| Cathy T. Morton, Paralegal | CTM | | |

### JENNINGS SIGMOND ATTORNEYS' FEES – September 2006

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/5/06 | SMC | Phone conference with Company | 0.1 |
| 9/5/06 | JAF | Phone conference with Company regarding settlement<br>Review of documents<br>Letter to client, T. Montemore and phone conference with Client, T. Montemore regarding settlement<br>Memo to file | 2.5 |
| 9/6/06 | JAF | Phone conference with T. Montemore regarding settlement.<br>Review of documents.<br>Phone conference with Company regarding settlement.<br>Memo to file. | 1.4 |
| 9/7/06 | JAF | Phone conference with Company regarding settlement<br>Phone conference with T. Montmore regarding his Conversation with defendant.<br>Review of documents.<br>Memo to file. | 2.0 |
| 9/12/06 | JAF | Review of Documents;<br>Preparation of Request to Enter Default (55(a))<br>Memo to file. | 1.9 |

172186-1



| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/13/06 | JAF | Phone conference with client, P. Gilbert re: update<br>Review of Documents;<br>Review and calculate attorneys' fees and costs<br>Preparation of Motion for Default Judgment (55(b)) | 3.9 |
| 9/14/06 | JAF | Preparation of Motion for Default Judgment | 5.9 |
| 9/15/06 | JAF | Review Motion for Default Judgment<br>Review of documents<br>Review and Revision of Motion for Default Judgment | 2.8 |
| 9/15/06 | SMC | Review and Revision of Motion for Default Judgment | 0.4 |
|  |  | **Total:** | **20.9** |

September Summary

JAF  20.4  Hrs x $200.00   =   $4,080.00
SMC  0.5  Hrs x $200.00    =   $100.00

September Total            $4,180.00

Attorneys' fees from 7/06 - 8/06   =   $1,394.00
Costs from           7/06 – 9/06   =   $643.18

**Grand Total:**   **$6,217.18**

172186-1                         2

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 7238  
Tuesday, September 12, 2006

Beginning To End

Printed By  MHT  
Page  1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 28146 | Corys Painting Service, Inc. | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/8/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 8/14/2006 | JAF | 1.40 | 1.40 | 200.00 | $280.00 | | | Review of Documents - case transferred from S. Goldner |
| 8/23/2006 | JAF | 0.20 | 0.20 | 200.00 | $40.00 | | | Computer Research regarding check docket Memo to File Review of Return of Service |

**Unbilled Time Totals**  1.80  1.80  $334.00

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 8/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 8/26/2006 | $13.36 | SD | Special Delivery |
| 9/7/2006 | $183.10 | 7100 | Service Fee |

**Unbilled Expenses Totals**  $269.36

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 7/14/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case Review of Documents Preparation of Litigation Memo |
| 7/17/2006 | SRG | 3.60 | 3.60 | 200.00 | $720.00 | | | Review of File Review of Documents D & B Search Review of Report Phone Call to Company to Verify Address (2x) Analysis of Corporate Status Preparation of Complaint Review and Revision of Complaint Letter to P. Gilbert Memo to Client regarding Status of Litigation |
| 7/18/2006 | SRG | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from P. Burris Review and Revision of Complaint |
| 7/19/2006 | SRG | 0.70 | 0.70 | 200.00 | $140.00 | | | Preparation of Exhibits Review and Revision of Complaint Preparation of Complaint for Filing with Court |
| 7/21/2006 | SRG | 0.10 | 0.10 | 200.00 | $20.00 | | | Review and Revision of Memo to Client Letter to Court |

Report ID: OT2025 - 7238
Tuesday, September 12, 2006

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

Printed By   MHT
Page          2

## Billed Time

| Totals | Hours Worked | Hours To Bill | Fee Amount |
|---|---|---|---|
| | 5.30 | 5.30 | $1,060.00 |

## Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 7/20/2006 | $350.00 | 7100 | FILING FEE |
| 7/21/2006 | $16.03 | COPY | Photocopies |
| 7/21/2006 | $7.79 | PO | Postage Charges |

**Billed Expenses Totals**     $373.82

## Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 7.10 | 7.10 | $1,394.00 | $643.18 | $2,037.18 |

*** End Of Report ***