IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CORY'S PAINTING SERVICE ) <br>   d/b/a Cory's Painting Service, Inc., *et al*. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 06-01353 (RWR) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

    Plaintiff hereby submits this Supplemental Memorandum in Support of Plaintiff's Motion for Entry of Judgment by Default in light of this Honorable Court's request for clarification regarding attorneys' fees and costs.

    1.    On September 21, 2006, Plaintiff, International Painters and Allied Trades Industry Pension Fund (the "Pension Fund"), filed a Motion for Entry of Judgment by Default against Defendants, Cory's Painting Service d/b/a Cory's Painting Service, Inc., Cory's Painting Service, Inc. d/b/a Cory's Painting Service ("Company") and Cory Miglionico, individually and d/b/a Cory's Painting Service, Inc. and d/b/a Cory's Painting Service ("Individual Defendant" and together with Company, "Defendants"), jointly and severally. Plaintiff seeks a monetary judgment in the amount of $37,269.13 ("Judgment Amount"), as well as an audit and injunctive relief.

    2.    The Judgment Amount includes unpaid fringe benefit contributions in the amount of $20,123.50 (of that amount, $6,878.97 is based on estimates due to Defendants failure to

175170.1

submit required remittance reports for the period May 2006 through July 2006), interest on the unpaid contributions through September 30, 2006 in the amount of $823.47, liquidated damages on the unpaid contributions in the amount of $9,424.10, audit costs in the amount of $680.88 and attorneys' fees and costs in the amount of $6,217.18

3. As indicated in the Declaration of Kent Cprek, which is attached as Exhibit 2 to Plaintiff's Motion for Entry of Judgment by Default and incorporated herein by reference, Plaintiff has incurred $5,574.00 in attorneys' fees and $643.18 in costs on this matter through September 15, 2006.

4. Plaintiff's Motion also contains Exhibit 3 (incorporated herein by reference), which details the attorneys' fees and costs incurred in this matter through September 15, 2006.

5. Exhibit 3 consists of four pages. Page one and the top portion of page two state in detail the attorneys' fees for September 2006. The bottom of page two sets forth the September total plus the total fees and costs for all months prior to September 2006, for a grand total of $6,217.18. The last two pages of Exhibit 3 set forth in detail the fees and costs for all months excluding September 2006.

6. The fees and costs are separated in this manner because of our firm's billing system.

7. Billing for September 2006 did not go into the system until the beginning of October 2006, which was after Plaintiff filed its Motion for Entry of Judgment by Default. Therefore, it was listed separately.

8. When all fees and costs, including September 2006, are calculated the total is, in fact, $6,217.18, as stated in the Motion for Entry of Judgment by Default.

9. In light of the foregoing, Plaintiff hereby renews its request for judgment in the

175107.1

amount of $37,269.13 as set forth above and in the Motion for Entry of Judgment by Default previously filed with the Court.

                                Respectfully submitted,

                                JENNINGS SIGMOND, P.C.

                             BY:/s/     Kent G. Cprek
                                KENT G. CPREK, ESQUIRE
                                (I.D. NO. 478231)
                                SANFORD G. ROSENTHAL, ESQUIRE
                                (I.D. NO. 478737
                                The Penn Mutual Towers, 16th Floor
                                510 Walnut Street, Independence Square
                                Philadelphia, PA 19106-3683
                                (215) 351-0615
Date: November 8, 2006          Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660

175107.1