## **CERTIFICATE OF SERVICE**

I hereby certify this 8th day of November, 2006, that I caused to be served a copy of the foregoing Supplemental Memorandum in Support of Motion for Entry of Judgment by Default by sending a copy of same via U.S. Mail, postage-prepaid to:

Cory's Painting Service
d/b/a Cory's Painting Service, Inc.
224 Main Street
Duryea, PA 18642

and

Cory's Painting Service, Inc.
d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

and

Cory Miglionico, individually and
d/b/a Cory's Painting Service, Inc.
and d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: November 8, 2006

172186-1