## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff )<br>v. )<br><br>CORY'S PAINTING SERVICE )<br>d/b/a Cory's Painting Service, Inc., *et al.* )<br><br>Defendants ) | CIVIL ACTION NO.<br>06-01353 (RWR) |

### SUPPLEMENTAL DECLARATION OF KENT CPREK
### IN SUPPORT OF
### <u>PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT BY DEFAULT</u>

KENT CPREK states:

1.      I am a shareholder and attorney employed by Jennings Sigmond, P.C. with responsibility for the case captioned *International Painters and Allied Trades Industry Pension Fund v. Cory's Painting Service d/b/a Cory's Painting Service, Inc., et al.,*, Civil Action No. 06-01353 (RWR). I submit this supplemental declaration at the request of the Court to support an award of attorney fees to Plaintiff.

<u>Case Fees</u>

2.      Attached as Exhibit 3 to Plaintiff's Motion for Entry of Judgment by Default, and incorporated herein by reference, is a list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with the preparation of the Complaint, settlement negotiations and the Motion for Entry of Judgment by Default against Cory's Painting Service d/b/a Cory's Painting Service, Inc., et al. in this action through ***September 15, 2005 (2006?)*** The listing was prepared from contemporaneous attorney time and expenses records and bills, the originals of which are maintained in the regular business records of Jennings Sigmond. Each

piece of work is separately coded and the work performed is described. The fees relevant to this

case are $5,574.00 and expenses are $643.18 for a total of $6,217.18.

      3.     The identity of those performing services related to this matter and normal hourly

rates are as follows.

| INITIALS | NAME | TITLE | HOURLY RATE |
|----------|------|-------|-------------|
| KGC | Kent Cprek | Shareholder | $200.00 |
| SGR | Sanford G. Rosenthal | Shareholder | $200.00 |
| SRG | Shelley R. Goldner | Associate | $200.00 |
| SMC | Shanna M. Cramer | Associate | $200.00 |
| JAF | Jerome A. Flanagan | Associate | $200.00 |
| CTM | Cathy T. Morton | Paralegal | $ 70.00 |

      4.     Plaintiffs only seek judgment for fees in the bills, which reflect a special fee

schedule with the International Painters and Allied Trades Industry Pension Fund for a uniform

$200.00 per hour rate for all lawyers and $70.00 per hour for paralegals and clerks.

Attorney Background and Experience

      5.     <u>Kent Cprek</u>. I am a shareholder in Jennings Sigmond, P.C. and a co-leader in its

ERISA Practice and have practiced law for 28 years. I was admitted to the State Bar of Michigan

in November 1978, the bar of the Supreme Court of Pennsylvania in May 1984 and the District

of Columbia Bar in 2002. I began practice with the firm of Marston, Sachs, Nunn, Kates,

Kadushin and O'Hare, P.C., Detroit, Michigan, 48226, in the representation of plan participants,

multiemployer funds and labor unions from 1978 to 1981. From 1981 to 1984, I was employed

by the Pension Benefit Guaranty Corporation as an attorney with responsibility for advice and

litigation concerning termination of pension plans. I joined Sagot, Jennings & Sigmond, a

predecessor to Jennings Sigmond, P.C. in 1984. I have a J.D. <u>cum laude</u> from the University of

Michigan Law School and a Master of Laws in Taxation from the Georgetown University Law

Center. I am admitted to practice before the Supreme Court of the United States, the United

States Courts of Appeals for the District of Columbia Circuit, Third Circuit, Fourth Circuit, Fifth

Circuit and Sixth Circuit and the United States District Courts for the District of Columbia,

Eastern and Middle Districts of Pennsylvania and the Eastern and Western Districts of Michigan.

Since 1981, my work has been concentrated in the representation of employee benefit

plans. My litigation experience includes representation of multiemployer plans and participants

for more than twenty years, with trials of a number of actions and arbitrations and significant

appellate work involving all aspects of withdrawal liability and pension law.  A sample of my

litigation experience is available in 53 published cases that be obtained through a Westlaw search

for "AT (Cprek)" in the FPENS-CS library.

I have taught on the subject of Collections and Bankruptcy work for employee benefit

plans for the International Foundation of Employee Benefit Plans.

Cprek, "Bankruptcy Basics," Attorney Pre-Conference Sessions, Annual Educational
Conference, International Foundation of Employee Benefit Plans (1998)

Cprek, "Bankruptcy Basics," Attorney Sessions, Trustee and Benefit Professionals
Institute, International Foundation of Employee Benefit Plans (1991)

Cprek, "Bankruptcy Collections by Employee Benefit Plans," Collection Procedures
Institute, International Foundation of Employee Benefit Plans (1990)

Cprek, "Collecting from the Bankrupt Employer," Collections Procedures Institute,
International Foundation of Employee Benefit Plans (April 1986)

Cprek, "Duties of Trustees in the Collection Process: The Law Today," reprinted in
Employee Benefits Annual 1986: Proceedings of the Annual Employee Benefits
Conference, p. 16 (IFEBP 1987).

Panelist, Seminar on Multiemployer Pension Plan Amendments Act, Pennsylvania Bar
Institute (Fall 1987)

My later work has focused on benefit plan mergers and a continuing treatise on termination of

single-employer pension plans. Cprek, "Single Employer Pension Plan Terminations," Schneider

& Freedman (Eds.), ERISA: A Comprehensive Guide, (2d Ed. Aspen 2003).

6.    <u>Sanford G. Rosenthal</u>.  Sanford G. Rosenthal is a firm shareholder and co-leader of the ERISA practice and has practiced law for 23 years. He received his undergraduate education at Pennsylvania State University, where he graduated in 1971. He worked as Audit Manager and Office Manager in the administrative team for the Teamsters Health and Welfare and Pension Funds of Philadelphia and Vicinity from 1971 through 1980. Mr. Rosenthal attended the Dickinson School of Law, where he was awarded the Degree of Juris Doctor in 1983.  Mr. Rosenthal is a member of the Bar of the Supreme Court of Pennsylvania and the District of Columbia Bar. He is also admitted to practice before the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern and Middle Districts of Pennsylvania. His practice concentrates on the representation of multiemployer benefit funds in delinquency litigation and counseling. A sample of his litigation experience is available in 32 published cases that be obtained through a Westlaw search for "AT ("Sanford G. Rosenthal") and Jennings" in the FPENS-CS library.

7.    <u>Shelley R. Goldner</u>. Shelley R. Goldner was an associate in the firm who recently left to pursue her career elsewhere with nine (9) years of active full-time law practice.  Ms. Goldner is admitted to practice in Pennsylvania and the District of Columbia. She graduated with honors from the Pennsylvania State University with a B.A. in Political Science in 1977.  She received her Juris Doctor from the George Washington University School of Law in 1980 where she served as Editor in Chief of the Consumer Protection Reporting Service. She also attended the University of Exeter in England.  Shelley did full-time corporate and securities work and litigation work for five (5) years from 1981 to 1986, with presentations and publications on bankruptcy, alternatives to litigation and corporate and securities issues, before a family leave. While raising a family, she continued to do volunteer civic work and provide all aspects of legal

counseling to multiple charitable and tax-exempt groups. She returned to the full-time practice of law with Jennings Sigmond in 2002. Ms. Goldner is admitted to practice in Pennsylvania and the District of Columbia, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit and the United States Tax Court.

8.    <u>Shanna M. Cramer</u>. Shanna M. Cramer, an associate in the firm, has actively practiced law for three (3) years. She graduated in 1997 from Rutgers University, with honors, with a Bachelors Degree in History, Political Science and Spanish. She received her law degree in 2001 from Rutgers Law School. Ms. Cramer graduated in 2004 from Beasley School of Law-Temple University, with an LL.M in Taxation. Ms. Cramer has been admitted to the Bars of Pennsylvania and New Jersey, and has been admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

9.    <u>Jerome A. Flanagan</u>. Jerome A. Flanagan, an associate in the firm, has practiced law for three (3) years. He graduated in 2000 from the University of Scranton, with a Bachelors Degree in English. He received his law degree in 2003 from Syracuse University. Following law school, Mr. Flanagan served as a judicial clerk in Lackawanna County, Pennsylvania. Prior to joining Jennings Sigmond, P.C., Mr. Flanagan practiced insurance defense in the Philadelphia area.

10.    <u>Catherine T. Morton</u>. Catherine T. Morton is a Paralegal in the Jennings Sigmond office. She has been with the office for six (6) years and is experienced in corporate computer database research, electronic filing procedures throughout the country and preparation and documentation of service of complaints and other pleadings for employee benefit collections matters, in addition to other skills.

Legal Market Benchmark

1.      The time and fees charged in this case are reasonable based on prevailing market rates for similar services by lawyers of reasonably comparable skill, experience and reputation in both the Philadelphia and District of Columbia markets.

2.      My opinion that the time and fees are reasonable is based on a number of factors, including the following.

(a)      We serve as counsel or co-counsel to over 20 multiemployer employee benefit funds groups.  The firm currently has 17 lawyers, with a dedicated benefits department of seven (7) lawyers plus part-time work by three (3) other lawyers in the labor practice.  The work is specialized and our competition often is large corporate firms with both employee benefits and federal litigation experience.  In my experience, our fees are normally are substantially lower than the charges of larger firms.

(b)      The flat rate is this case is consistent with market rates in published surveys by Altman Weil, a leading law firm consultant. Specifically, Altman Weil found a median hourly rate in 2005 of $195 for associates in the Middle Atlantic region (encompassing both Philadelphia and the District of Columbia) and a range up to $273 per hour at the 90th percentile. See Associate Hourly Billing Rates (March 10, 2006), reprinted from http://www.altmanweil.com/PracticeSpecialtiesRates/. The median rate for partners       . (shareholders) in employee benefits litigation was $305 per hour, *id.*, Practice Specialties and Hourly Rates (October 1, 2005),   A $200 rate in 2006 is only a 2.56% increase over the 2005 median for associates only.

(c)      The fees are consistent with market ranges in a 2004 Ohio bar association survey, downloads.ohiobar.org/conventions/convention2005/session508%20Economics%20of%20Law.

pdf, especially pages 26 and exhibit 27, especially after giving weight to increases from 2004 to 2006 (roughly 5% per year on average in the Ohio survey) and regional differences reflected in Altman Weil data (Ex. A), showing an 8.33% higher rate in median associates' rates in the Middle Atlantic region ($195) over the East North Central region covering Ohio ($180)). The Ohio survey showed median hourly associate rates in the comparable downtown Cleveland, Cincinnati and Columbus areas of $200 - $235 per hour, ranging up to $ $334 - $359 at the 90[th] percentile. See, Exhibit B (excerpt page 26). It also shows that a $70 per hour paralegal rate is less than the median rate for 5 years experience in Ohio, without adjustment for regional differences, Exhibit B (Ex. 27).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Signed on: November 20, 2006 _____

s/Kent G. Cprek _____
KENT CPREK (I.D. NO. 478231)
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Attorneys for Plaintiff

OF COUNSEL:
JEROME A. FLANAGAN
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0660