## CERTIFICATE OF SERVICE

I certify I caused to be served a copy of the foregoing Supplemental Declaration of Kent Cprek in Support of Motion for Entry of Judgment by Default by sending a copy of same via U.S. Mail, postage-prepaid on the date set forth below to:

Cory's Painting Service
d/b/a Cory's Painting Service, Inc.
224 Main Street
Duryea, PA 18642

Cory's Painting Service, Inc.
d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

Cory Miglionico, individually and
d/b/a Cory's Painting Service, Inc.
and d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

s/     Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: November 20, 2006