

# INVESTMENT PERFORMANCE SERVICES, LLC







Census Regions and Divisions of the United States



Median Hourly Billing Rates Litigation Specialties

Top Five Hourly Rates Equity and Non-Equity Partners

Antitrust: $380
IP: $330
Tax: $325
Employee Benefits: $305
Criminal: $305

Source: Altman Weil Survey of Law Firm Economics 2005 Edition