IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br><br>v.<br><br>CORY'S PAINTING SERVICE<br>  d/b/a Cory's Painting Service, Inc., *et al.*<br><br>Defendants | CIVIL ACTION NO.<br>06-01353 (RWR) |

**STIPULATION FOR ENTRY OF CONSENT ORDER AND**
**SUPPLEMENTAL JUDGMENT**

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Judgment may be entered without further notice or hearing.

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>JENNINGS SIGMOND, P.C.<br>By:  /s/ Sanford G. Rosenthal<br>    Sanford G. Rosenthal<br>    Bar No. 478737<br>    The Penn Mutual Towers, 16th Floor<br>    510 Walnut Street<br>    Independence Square<br>    Philadelphia, PA 19106-3683<br>    Telephone: (215) 351-0611<br>    Facsimile: (215)922-3524<br>    Attorney for Plaintiff<br><br>Date: June 21, 2007 | CORY'S PAINTING SERVICE<br>  d/b/a Cory's Painting Service, Inc.<br>and<br>CORY'S PAINTING SERVICE, INC.<br>  d/b/a Cory's Painting Service<br>and<br>CORY MIGLIONICO, individually, and<br>  d/b/a Cory's Painting Service, Inc. and<br>  d/b/a Cory's Painting Service<br><br>By:  *[signature]*<br>    Cory Miglionico, Individually and<br>    on behalf of Cory's Painting Service,<br>    Inc. and Cory's Painting Service<br>    7 Griffith Street<br>    Pittston, PA 18640<br>    Telephone: (570) 654-0994<br>    Facsimile: (570) 654-6939<br><br>Date: June 21, 2007 |

183266-1