IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>CORY'S PAINTING SERVICE )<br>d/b/a Cory's Painting Service, Inc., *et al.* )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>06-01353 (RWR) |

## CONSENT ORDER AND SUPPLEMENTAL JUDGMENT

Upon consideration of the Joint Stipulation for Entry of Consent Order and Supplemental Judgment, it is ORDERED.

1.  Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against Cory's Painting Service d/b/a Cory's Painting Service, Inc., Cory's Painting Service, Inc. d/b/a Cory's Painting Service ("Company") and Cory Miglionico, individually and d/b/a Cory's Painting Service, Inc. and d/b/a Cory's Painting Service ("Individual Defendant" and together with Company, "Defendants"), for unpaid contributions, liquidated damages, interest, and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $22,826.34 ("Judgment Amount") which includes:

    (a) Contributions              $ 14,380.31

    (b) Liquidated Damages          $ 2,876.07

    (c) Interest (through 6/15/07)        $  $569.96

184505-1

      (d)    Attorneys' Fees and Costs      $ $5,000.00

Interest shall accrue on the Judgment Amount at the rate of 8% per annum compounded daily from June 20, 2007 to the date of payment.

    2.    Defendants shall pay to the Pension Fund the principal sum of $19,380.31 ("Settlement Sum") plus interest amortized at 8% per annum compounded daily on the unpaid balance of the principal sum by submitting twelve (12) successive monthly payments of $1,690.58 commencing August 1, 2007 with the final payment of $1,690.58 due on July 1, 2008. All payments shall be amortized in accordance with the schedule attached to this Consent Order and Judgment ("Order") as Exhibit 1. The Settlement Sum consists of:

      (a)    Contributions      $ 14,380.31

      (b)    Attorneys' Fees and Costs      $ 5,000.00

    3.    Defendants, their owners, officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Defendants are obligated to do so in accordance with the current and any future collective bargaining agreements to which Defendants are a party to with any local union(s) affiliated with the International Painters and Allied Trades Industry.

    4.    In the event Defendants fully and timely comply with the provisions of ¶2 of this Order, the Pension Fund shall accept the payments provided for in ¶2 in full settlement of the judgment entered by ¶1 above, waiving a total of $3,446.03 ("Waiver Amount") in liquidated damages and interest. Absent compliance, Defendants shall owe the Pension Fund the Waiver

184505-1

Amount plus interest calculated at the rate of 8% compounded daily from June 20, 2007 to the date of actual payment.

5.  The Pension Fund is entitled to reimbursement from Defendants of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

6.  The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Dated: 7/6/07

_____
RICHARD W. ROBERTS,
United States District Judge

Copies shall be sent to:

Jerome A. Flanagan, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Cory's Painting Service
d/b/a Cory's Painting Service, Inc.
224 Main Street
Duryea, PA 18642

Cory's Painting Service, Inc.
d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

Cory Miglionico, individually and
d/b/a Cory's Painting Service, Inc.
and d/b/a Cory's Painting Service
224 Main Street
Duryea, PA 18642

184505-1